UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| COLE JAMES KNOWLES, | Case No. CV-20-041-BLG-TJC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| KILOLO KIJAKAZI, ACTING SOCIAL SECURITY COMMISSIONER, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 14), the Commissioners decision is AFFIRMED and Knowles motion for summary judgment (Doc. 11) is DENIED.

Dated this 30th day of September 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk